Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Orlando__ Division

| | |
|---|---|
| DIANSKY ROUZARD <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> LINKEDIN CORPORATION <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DIANSKY ROUZARD |
| Street Address | c/o 143 Grande Valencia Drive, Apt. 108 |
| City and County | Orlando, Orange County |
| State and Zip Code | Florida 32825 |
| Telephone Number | N/A |
| E-mail Address | dcrownestate@yahoo.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: LinkedIn Corporation
- Job or Title *(if known)*: N/A
- Street Address: 1000 West Maude Avenue
- City and County: Sunnyvale, Santa Clara County
- State and Zip Code: California, 94085
- Telephone Number: (650) 687-3600
- E-mail Address *(if known)*: jweiner@linkedin.com

Defendant No. 2
- Name: N/A
- Job or Title *(if known)*: N/A
- Street Address: N/A
- City and County: N/A
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name: N/A
- Job or Title *(if known)*: N/A
- Street Address: N/A
- City and County: N/A
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address *(if known)*: N/A

Defendant No. 4
- Name: N/A
- Job or Title *(if known)*: N/A
- Street Address: N/A
- City and County: N/A
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address *(if known)*: N/A

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331

15 U.S.C. § 45(a) (Federal Trade Commission Act)

18 U.S.C. § 1030 (Computer Fraud and Abuse Act)

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

      b.      If the defendant is a corporation

The defendant, *(name)* **LINKEDIN CORPORATION**, is incorporated under the laws of the State of *(name)* **CALIFORNIA**, and has its principal place of business in the State of *(name)* **FLORIDA**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $3,000,000, comprising $75,000 in daily penalties ($25,000 per day for 3 days) and $3,000,000 in maximum penalties ($1,000,000 per day for 3 days) for LinkedIn's failure to address unauthorized profile changes, resulting in reputational harm, emotional distress, and violations of privacy laws, see Plaintiff's Civil Complaint with attached exhibits.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff alleges LinkedIn replaced his profile photo without consent,
allowed further unauthorized uses of his identity,
and failed to respond to multiple notices, including a Final Demand.
This breach of contract, negligence, and privacy law violations caused
reputational harm and emotional distress, see Plaintiff's Civil Complaint with attached exhibits.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks removal of unauthorized content, a detailed explanation,
$3,075,000 in damages for penalties and harm, legal fees,
and additional relief deemed just and proper, see Plaintiff's Civil Complaint with attached exhibits.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/15/2024

Signature of Plaintiff: /s/ Diansky Rouzard
Printed Name of Plaintiff: /p/ DIANSKY ROUZARD

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print   Save As...   Add Attachment   Reset

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Diansky Rouzard,
Plaintiff

v.                                                                    Case No. [To Be Assigned]

LinkedIn Corporation,
Defendant

CIVIL COMPLAINT

Comes now, I, Diansky Rouzard, herein Plaintiff files this Civil Complaint against Defendant, LinkedIn Corporation, for unauthorized use, misrepresentation, and mishandling of Plaintiff's name and identity on LinkedIn's platform, causing reputational harm, emotional distress, and violations of federal privacy, contract, and consumer protection laws.

1. Plaintiff states that this Court has jurisdiction under:

- 28 U.S.C. § 1332(a) (Diversity of Citizenship and Amount in Controversy).

- 15 U.S.C. § 45(a) (Federal Trade Commission Act, prohibiting unfair or deceptive acts affecting commerce).

- 18 U.S.C. § 1030 (Computer Fraud and Abuse Act).

- Applicable federal and state privacy and consumer protection statutes.

2. Plaintiff states that this venue is proper in this Court under 28 U.S.C. § 1391(b) as Defendant operates within the jurisdiction, and the harm was suffered in Florida.

3. Plaintiff: Diansky Rouzard, a resident of Florida, is a LinkedIn user whose personal identity has been mismanaged and misused on LinkedIn's platform.

4. Defendant: LinkedIn Corporation, headquartered at 1000 West Maude Avenue, Sunnyvale, CA 94085, operates as a subsidiary of Microsoft Corporation.

5. Plaintiff states that on November 28, 2024, Plaintiff reported unauthorized replacement of Plaintiff's profile photo with an image never uploaded and other misrepresentations to LinkedIn Support at support@linkedin.com. Due to LinkedIn Support's inadequate response, Plaintiff escalated the matter to LinkedIn's Executive Chairman, Jeff Weiner, via email, see: Exhibit A, which shows Plaintiff's email correspondence with LinkedIn Support and Jeff Weiner.

6. Plaintiff states that on December 9, 2024, Plaintiff discovered additional unauthorized uses of Plaintiff's name and identity on LinkedIn profiles and search engine results, including unrelated content and false images. see Exhibit B, screenshots of unauthorized profiles and content.

7. Plaintiff issued a Final Notice of Demand / Intent to Sue on December 10, 2024, detailing these violations and demanding immediate corrective action. Defendant has failed to respond or resolve the matter as of December 12, 2024, see: Exhibit C.

8. Plaintiff states that Defendant's actions and omissions have caused ongoing harm to Plaintiff's reputation, personal identity, and emotional well-being.

9. Plaintiff states that Defendant breached its User Agreement, which requires LinkedIn to maintain truthful profiles and protect user accounts requiring good faith in performance of contracts in Restatement (Second) of Contracts, § 205, see: Exhibit D.

10. Plaintiff states that Defendant negligently permitted unauthorized changes to Plaintiff's profile and failed to safeguard establishing duty of care to Plaintiff's account, resulting in harm, see, Palsgraf v. Long Island Railroad Co., 248 N.Y. 339 (1928).

11. Plaintiff states that Defendant's actions and inactions violates General Data Protection Regulation (GDPR), Article 5, and California Consumer Privacy Act (CCPA), § 1798.100, requiring lawful, fair, and transparent processing of personal data and ensuring consumer rights over personal data provided in LinkedIn's privacy policy, see: Exhibit E.

12. Plaintiff states that Defendant's failure to address these issues constitutes an unfair and deceptive act under 15 U.S.C. § 45(a).

13. WHEREFORE, Plaintiff respectfully requests this Court to grant the following relief:

   a. Immediate removal of unauthorized profiles, photos, and content associated with Plaintiff's name across LinkedIn's platform and search engine indexing.

   b. A detailed explanation and public acknowledgment of how these violations occurred, the steps LinkedIn will take to rectify them, and measures to prevent recurrence.

   c. Monetary damages as follows:

      - $25,000 per day for 3 days since initial noncompliance, totaling $75,000.

      - $1,000,000 per day for 3 days of escalation, totaling $3,000,000.

   d. Legal fees, time wasted, negligence, prejudiced act, and court costs.

   e. Any further relief this Court deems just and proper.

Attachment(s):

3

- Exhibit A: Plaintiff's email correspondence with LinkedIn Support and Jeff Weiner, dated November 28, 2024 (LinkedIn112824_EmailCorrspndnce.pdf).

- Exhibit B: Screenshots of unauthorized profiles and content, dated December 9, 2024 (LinkedIn_Privacy.pdf).

- Exhibit C: Final Notice of Demand / Intent to Sue, dated December 10, 2024 (dr121024_Notice.of.FinalDemand-IntentToSue.PDF).

- Exhibit D: Relevant sections of LinkedIn's User Agreement (LinkedIn_Legal.pdf).

- Exhibit E: LinkedIn's Privacy Policy (LinkedIn_Privacy.pdf).

Oath:

I, DIANSKY ROUZARD, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Certification and Closing:

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this claim and demand is not being presented for an improper purpose, such as to needlessly to delay or hinder this litigation; is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; the factual contention  specifically so identified likely has evidentiary support after a reasonable opportunity for further investigation.

Certificate of Service:

4

I, DIANSKY ROUZARD, hereby certify that on this 15th day of December, 2024. I served the foregoing pleading to the listed below CM/ECF of such filing document(s) to the following participant(s) involved:

Defendant:

LinkedIn Corp. (LinkedIn), a subsidiary of Microsoft Corp
Attn. Jeff Weiner, Executive Chairman
1000 W. Maude Ave.
Sunnyvale, CA 94085, US
Ph. +1 650-687-3600
jweiner@linkedin.com

Respectfully submitted,
/s/ Diansky Rouzard
/p/ DIANSKY ROUZARD, Plaintiff
℅ 143 Grande Valencia Drive
Orlando Florida 32825
dcrownestate@yahoo.com
Deemed done in good faith
Without prejudice

5